```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 15347
   SISAVATH THAMMALANGSY
   KOSY THAMMALANGSY                          CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9536     SSN XXX-XX-7583

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/23/2007 and was confirmed 11/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
BANK OF AMERICA           CURRENT MORTG       .00           .00           .00
BANK OF AMERICA           MORTGAGE ARRE     1057.20         .00         1057.20
ABN AMRO                  NOTICE ONLY     NOT FILED         .00           .00
CAPITAL ONE               UNSECURED         645.18          .00          182.96
HARRIS NA                 UNSECURED        4628.23          .00         1312.48
HARRIS TRUST & SAVINGS    NOTICE ONLY     NOT FILED         .00           .00
HARRIS BANK OF BARRINGTO  NOTICE ONLY     NOT FILED         .00           .00
RIEBANDT & DEWALD PC      NOTICE ONLY     NOT FILED         .00           .00
HELLER & FRISONE          UNSECURED       NOT FILED         .00           .00
TCF NATIONAL BANK         NOTICE ONLY     NOT FILED         .00           .00
TCF NATIONAL BANK         NOTICE ONLY     NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         357.03          .00          101.24
MALCOLM S GERALD          UNSECURED       NOT FILED         .00           .00
MERCHANT & PROFESSIONAL   UNSECURED       NOT FILED         .00           .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED         .00           .00
RADIOLOGICAL CON OF WOOD  NOTICE ONLY     NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1564.24          .00          443.59
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED         .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED         .00           .00
AT & T BANKRUPCTY         NOTICE ONLY     NOT FILED         .00           .00
NICOR GAS                 UNSECURED       NOT FILED         .00           .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED         .00           .00
ST ALEXIUS MEDICAL CENTE  NOTICE ONLY     NOT FILED         .00           .00
ST ALEXIUS MEDICAL CENTE  NOTICE ONLY     NOT FILED         .00           .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED         .00           .00
ROUNDUP FUNDING LLC       UNSECURED         296.79          .00           84.16
CITIBANK/SEARS            NOTICE ONLY     NOT FILED         .00           .00
ROUNDUP FUNDING LLC       UNSECURED         212.46          .00           60.25
MCI                       NOTICE ONLY     NOT FILED         .00           .00
SPRINT BANKRUPTCY         UNSECURED           .02           .00           .00
ST ALEXIUS MEDICAL CENTE  UNSECURED         755.77          .00          214.32
ARROW ACCEPTANCE CORP     UNSECURED       NOT FILED         .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15347 SISAVATH THAMMALANGSY & KOSY THAMMALANGSY
```

```
HSBC                         NOTICE ONLY    NOT FILED              .00           .00
ASPIRE                       UNSECURED      NOT FILED              .00           .00
ASPIRE                       NOTICE ONLY    NOT FILED              .00           .00
CINGULAR WIRELESS            UNSECURED      NOT FILED              .00           .00
CINGULAR WIRELESS            NOTICE ONLY    NOT FILED              .00           .00
CCA                          UNSECURED      NOT FILED              .00           .00
SPRINT                       NOTICE ONLY    NOT FILED              .00           .00
SPRINT PCS                   NOTICE ONLY    NOT FILED              .00           .00
ST ALEXIUS EMERGENCY ASS     UNSECURED      NOT FILED              .00           .00
SBC                          NOTICE ONLY    NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM     UNSECURED         299.70              .00         84.99
LEDFORD & WU                 DEBTOR ATTY     1,470.00                        1,470.00
TOM VAUGHN                   TRUSTEE                                           388.80
DEBTOR REFUND                REFUND                                            600.01
```

Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  6,000.00

PRIORITY                                              .00
SECURED                                          1,057.20
UNSECURED                                        2,483.99
ADMINISTRATIVE                                   1,470.00
TRUSTEE COMPENSATION                               388.80
DEBTOR REFUND                                      600.01
                      ---------------        ---------------
TOTALS                   6,000.00                6,000.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/20/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 15347 SISAVATH THAMMALANGSY & KOSY THAMMALANGSY